UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: Clarence A. Lee, Jr.        )
      Rose M. Lee               )    CHAPTER 13
          Debtors.              )    CASE NO. 10-10053-SSM
                             )

## RESPONSE TO MOTION FOR RELIEF FROM STAY FILED BY AURORA LOAN SERVICES

COME NOW, Debtors, by Counsel, and in response to the Motion for Relief from Stay filed by Aurora Loan Services state as follows:

1) That Paragraphs One through Seven are admitted. Debtor Clarence Lee has had a period of unemployment and now has a new job prospect and will be able to bring the mortgage arrearages current within twelve months.

2) That Paragraphs Seven through Eleven are denied based on the aforesaid information related to the Debtor's prospective employment.

WHEREFORE Debtor moves the Court to hear and determine this matter and deny the Motion for Relief from Stay.

                                        Clarence A. Lee, Jr.,
                                        Rose M. Lee,
                                        By Counsel

/S/ Ronald B. Cox
RONALD B. COX, ESQUIRE
Counsel for Debtors
P.O. Box 468
308 Poplar Alley Suite C
Occoquan, Virginia 22125
(703) 490-3000
VIRGINIA STATE BAR NO: 16981

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer was mailed by USPS first class mail, postage prepaid this 3rd day of March, 2011 to the following:

Mr. Marvin Jaffe
Aurora Loan Services, LLC
5310 Markel Road, Suite 200
Richmond, VA 23230

and by the Court's email procedure to Thomas P. Gorman, Trustee.

/S/ Ronald B. Cox
Ronald B. Cox, Esquire