UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:   Clarence A. Lee, Jr.   )
        Rose M. Lee   )
                              )   CHAPTER 13
        Debtors.   )   CASE NO. 10-10053-SSM
                              )

## MOTION FOR APPROVAL OF CHAPTER 13 DEBTOR'S ATTORNEY'S FEES

Comes now the Debtors' counsel and moves for approval of Debtors' attorney's fees and costs and represents as follows:

1. That Counsel has expended the time and expenses set forth in the attached billing in the prosecution of Debtors' Chapter 13 case and associated adversary proceeding.

2. That such fees were reasonably necessary in carrying out Debtors' Plan and were of benefit to the Debtors and the estate. In addition to normal Chapter 13 issues there was an objection to the plan by the second trust lender and by a vehicle lender and a claim objection by Debtors to a Wells Fargo secured claim as well as the Adversary Proceeding which was initially defended and went into discovery proceedings as a contested proceeding before settling in Debtors' favor and recently a relief from stay motion.

3. That the hourly rate and fees charged are in keeping with the fees normally charged for comparable work both for bankruptcy and non-bankruptcy cases in this area.

4. That the fees charged contain no charges of a type normally prohibited in this jurisdiction.

Ronald B. Cox, Va. Bar #16981
Counsel for Debtors
P.O. Box 468
308 Poplar Alley, Suite C
Occoquan, Virginia 22125
703-490-3000

5. That Debtors have paid a retainer of $1,700.00 in this matter and the Trustee has paid $500.00. Counsel seeks approval of $6,181.16 in total fees of which $3,981.16 are to be paid henceforth in the Plan.

6. That Debtors' Plan provides a reserve for payments of $2,800.00 of Debtors' attorney's fees and it is believed that payment of the amount sought will still result in payment to general unsecured creditors exceeding the percentage projected in the confirmed plan.

Wherefore counsel moves for approval of such fees and charges and for payment of such forthwith upon available funds through the Chapter 13 Trustee.

RONALD B. COX, ESQUIRE
Counsel for Debtors

/s/ Ronald B. Cox
RONALD B. COX, ESQUIRE
Counsel for Debtors
P.O. Box 468
308-C Poplar Alley
Occoquan, Virginia 22125
(703) 490-3000
Virginia State Bar No.: 16981

## CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of March, 2011, mailed via U.S. first class mail, a true copy of the foregoing Motion to the Debtors as follows:

Clarence & Rose Lee
1651 George's Knoll Court
Woodbridge, VA 22192

And to all creditors on the attached mailing matrix, and to all other parties entitled to email service through the courts procedure.

/s/ Ronald B. Cox
Ronald B. Cox, Esquire
Counsel for Debtors

Y:\BANKRUPTCY\ECF09\Lee, Clarence & Rose\Fee Motion.wpd

Label Matrix for local noticing
0422-1
Case 10-10053-SSM
Eastern District of Virginia
Alexandria
Tue Mar  8 12:27:40 EST 2011

Congressional Federal Credit Union
c/o Huston & Angus
5529 Lee Hwy
Arlington, VA 22207-1613

Occoquan Landing Homeowners Association
c/o Rees Broome, PC
8133 Leesburg Pike, 9th Floor
Vienna, VA 22182-2706

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314-5405

Alliance One Receivables Mgmt.
4850 Street Road, Suite
Feasterville Trevose, PA 19053-6600

Aurora Loan Services
P.O. Box 1706
Scottsbluff, NE 69363-1706

BAC Home Loans Servicing
450 American Street
Simi Valley, CA 93065-6285

(p)CONGRESSIONAL FEDERAL CREDIT UNION
PO BOX 23267
WASHINGTON DC 20026-3267

GE Consumer Finance
For GE Money Bank
dba GECAF/GEMB
PO Box 960061
Orlando FL 32896-0661

GE Money Bank
Attn.: Bankruptcy Dept.
P.O. Box 103106
Roswell, GA 30076-9106

Insight Health Corp
P.O. Box 404166
Atlanta, GA 30384-4166

Nectar Projects, Inc.
104 N. Bailey Lane
Suite 100
Purcellville, VA 20132-3086

Occoquan Landing HOA
c/o Rees Broome, PC
8133 Leesburg Pike, 9th Flr.
Vienna, VA 22182-2706

(p)WACHOVIA BANK NA
PO BOX 13765
ROANOKE VA 24037-3765

Wells Fargo Bank NA
4137 121st Street
Urbandale IA 50323-2310

Wells Fargo Financial Bank
800 Walnut Street
Documentation Dept MACF4030-04
Des Moines, IA 50309-3605

Wells Fargo Financial Cards
P.O. Box 98791
Las Vegas, NV 89193-8791

Wells Fargo Financial National
P.O. Box 10475
Des Moines, IA 50306-0475

Wells Fargo Financial National Bank
4137 121st Street
Urbandale, IA 50323-2310

Wright Patman Congressional FCU
P.O. Box 23267
Washington, DC 20026-3267

Clarence A. Lee Jr
1651 George's Knoll Court
Woodbridge, VA 22192-7703

Ronald B. Cox
Law Offices of Ronald B. Cox
P.O. Box 468
308-C Poplar Alley
Occoquan, VA 22125-0468

Rose M. Lee
1651 George's Knoll Court
Woodbridge, VA 22192-7703

Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314-2550


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Congressional FCU
10461 White Granite Drive
Oakton, VA 22124-0000

Wachovia Bank
Central Bankruptcy Department
VA 7359, P.O. Box 13765
Roanoke, VA 24037-0000

(d)Wachovia Bank N.A.
C/O Bankruptcy R4057-01P
PO Box 13765
Roanoke, VA 24037-3765

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Aurora Loan Services, LLC

End of Label Matrix
Mailable recipients    23
Bypassed recipients     1
Total                  24