IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Clarence A. Lee, Jr. | ) | |
| | Rose M. Lee | ) | CHAPTER 13 |
| | Debtors. | ) | CASE NO. 10-10053-SSM |

## NOTICE OF MOTION FOR APPROVAL OF
## CHAPTER 13 DEBTORS' ATTORNEY'S FEES

Please take notice that Debtors' Counsel has filed for approval of additional Chapter 13 Debtors' attorney's fees, as more particularly stated in the Motion filed. Counsel seeks approval of $6,181.16 in total fees of which $3,981.16 are to be paid henceforth in the Plan. Debtors have paid a retainer of $1,700.00 in this matter and the Trustee has paid $500.00.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

__X__  File with the Court, at the address shown above, a written response with supporting memorandum as required by Local Bankruptcy Rules no later than 21 days after the date of this notice. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to the persons listed below.

__X__  Attend the hearing scheduled to be held on April 13, 2011 at 1:30 p.m. at the United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.

Ronald B. Cox, Esquire
Counsel for Debtors
P.O. Box 468
308 Poplar Alley, Suite C
Occoquan, Virginia 22125
(703) 490-3000
Virginia State Bar #16981

A copy of your written response must be timely mailed or otherwise served on the following persons:

Thomas Gorman, Esquire
300 N. Washington St, #400
Alexandria, Virginia  22314

Ronald B. Cox, Esquire
P.O. Box 468
308 Poplar Alley, Suite C
Occoquan, Virginia 22125

United States Trustee
115 South Union Street
Alexandria, Va. 22314

The Court's mailing and physical address is:

Clerk of Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, Virginia  22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

RONALD B. COX, ESQUIRE
Counsel for Debtors

/s/ Ronald B. Cox
RONALD B. COX, ESQUIRE
Counsel for Debtors
P.O. Box 468
308 Poplar Alley, Suite C
Occoquan, Virginia 22125
(703) 490-3000
VIRGINIA STATE BAR NUMBER:  16981

CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of March, 2011, mailed via U.S. first class mail, a true copy of the foregoing Notice to the Debtors as follows:

Clarence & Rose Lee
1651 George's Knoll Court
Woodbridge, VA 22192

And to all creditors on the attached mailing matrix, and to all other parties entitled to email service through the courts procedure.

/s/ Ronald B. Cox
Ronald B. Cox, Esquire
Counsel for Debtors

```
Label Matrix for local noticing          Congressional Federal Credit Union       Occoquan Landing Homeowners Association
0422-1                                   c/o Huston & Angus                       c/o Rees Broome, PC
Case 10-10053-SSM                        5529 Lee Hwy                             8133 Leesburg Pike, 9th Floor
Eastern District of Virginia             Arlington, VA 22207-1613                 Vienna, VA 22182-2706
Alexandria
Tue Mar  8 12:27:40 EST 2011

United States Bankruptcy Court           Alliance One Receivables Mgmt.           Aurora Loan Services
200 South Washington Street              4850 Street Road, Suite                  P.O. Box 1706
Alexandria, VA 22314-5405                Feasterville Trevose, PA 19053-6600      Scottsbluff, NE 69363-1706


BAC Home Loans Servicing                 (p)CONGRESSIONAL FEDERAL CREDIT UNION    GE Consumer Finance
450 American Street                      PO BOX 23267                             For GE Money Bank
Simi Valley, CA 93065-6285               WASHINGTON DC 20026-3267                 dba GECAF/GEMB
                                                                                  PO Box 960061
                                                                                  Orlando FL 32896-0661


GE Money Bank                            Insight Health Corp                      Nectar Projects, Inc.
Attn.: Bankruptcy Dept.                  P.O. Box 404166                          104 N. Bailey Lane
P.O. Box 103106                          Atlanta, GA 30384-4166                   Suite 100
Roswell, GA 30076-9106                                                            Purcellville, VA 20132-3086


Occoquan Landing HOA                     (p)WACHOVIA BANK NA                      Wells Fargo Bank NA
c/o Rees Broome, PC                      PO BOX 13765                             4137 121st Street
8133 Leesburg Pike, 9th Flr.             ROANOKE VA 24037-3765                    Urbandale IA 50323-2310
Vienna, VA 22182-2706


Wells Fargo Financial Bank               Wells Fargo Financial Cards              Wells Fargo Financial National
800 Walnut Street                        P.O. Box 98791                           P.O. Box 10475
Documentation Dept MACF4030-04           Las Vegas, NV 89193-8791                 Des Moines, IA 50306-0475
Des Moines, IA 50309-3605


Wells Fargo Financial National Bank      Wright Patman Congressional FCU          Clarence A. Lee Jr
4137 121st Street                        P.O. Box 23267                           1651 George's Knoll Court
Urbandale, IA 50323-2310                 Washington, DC 20026-3267                Woodbridge, VA 22192-7703


Ronald B. Cox                            Rose M. Lee                              Thomas P. Gorman
Law Offices of Ronald B. Cox             1651 George's Knoll Court                300 N. Washington St. Ste. 400
P.O. Box 468                             Woodbridge, VA 22192-7703                Alexandria, VA 22314-2550
308-C Poplar Alley
Occoquan, VA 22125-0468
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Congressional FCU                        Wachovia Bank                            (d)Wachovia Bank N.A.
10461 White Granite Drive                Central Bankruptcy Department            C/O Bankruptcy R4057-01P
Oakton, VA 22124-0000                    VA 7359, P.O. Box 13765                  PO Box 13765
                                         Roanoke, VA 24037-0000                   Roanoke, VA  24037-3765
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Aurora Loan Services, LLC

End of Label Matrix
Mailable recipients    23
Bypassed recipients     1
Total                  24